# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN<br><br>PLAINTIFF(S)<br><br>v.<br><br>840 FAIRFAX OWNER LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20−cv−11053−CJC−SK<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

  840 Fairfax Owner LLC


Clerk, U.S. District Court

 March 10, 2021                             By  /s/ *Trina Debose* 
Date                                         Deputy Clerk