# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN,<br><br>   Plaintiff,<br><br>  v.<br><br>840 FAIRFAX OWNER LLC and DOES 1 through 10,<br><br>   Defendants. | Case No.: CV 20-11053-CJC(SKx)<br><br>JUDGMENT |

//
//
//
//

This matter came before the Court on Plaintiff's motion for default judgment. On June 7, 2021, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for (1) injunctive relief requiring Defendant to provide a parking space and access aisle in compliance with the ADA Accessibility Guidelines and (2) attorneys' fees and costs of $1,640.00.

DATED: June 7, 2021

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL